**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 21-1735

In re: DISTRICT CLERK'S OFFICE OPERATIONS,

Appellee.

--------------------------------------

MARIE THERESE ASSA'AD-FALTAS,

Movant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. R. Bryan Harwell, Chief District Judge. (3:21-mc-00341-RBH)

Submitted: August 17, 2021                           Decided: August 30, 2021

Before NIEMEYER, DIAZ, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas seeks to appeal the magistrate judge's recommendation to deny Assa'ad-Faltas' motion for a temporary restraining order or for a preliminary injunction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The magistrate judge's report and recommendation is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny as moot Assa'ad-Faltas' motions for injunctive relief pending appeal, to expedite decision, and to accelerate case processing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*